# Order

Michigan Supreme Court
Lansing, Michigan

May 29, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146098

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                    SC: 146098
                                    COA: 300354
                                    Wayne CC: 10-004178-01-FC

AARON LAMONT DANIELS,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 11, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2013



s0522

Clerk